

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-MJ-06438 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| AQUILINO CUELLAR-DOMINGUEZ, | |
| Defendant. | |

On December 18, 2023, Defendant Aquilino Cuellar-Dominguez made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Western District of Texas California on November 5, 2020.  A detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C.  § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ illegally in the United States, and history of deportations

☒ previous supervised release revocation

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

☒ criminal history involving domestic violence, and protection orders.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the  Western District of Texas.

The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and the status of  defendant's transportation to, and arrival in, the charging district for the appearance.

Dated:  December 21, 2023

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES DISTRICT JUDGE

2